UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01844-WWB-LHP

HOWARD COHAN,

      Plaintiff,

vs.

FEDEX OFFICE AND PRINT SERVICES, INC.
a Foreign Profit Corporation

      Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, FEDEX OFFICE AND PRINT SERVICES, INC., a Foreign Profit Corporation (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

      RESPECTFULLY SUBMITTED November 9, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com

**By: /s/ Kelly M. Peña**
Kelly M. Peña
Florida Bar No. 106575
kelly.pena@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd.
Suite 1625
Miami, Florida 33156

1

Email:                                          Telephone: 305.374.0506
samantha@sconzolawoffice.com                    Facsimile: 305.374.0456
Email: alexa@sconzolawoffice.com                Attorney for Defendant
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2022, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action

via transmission of Notices of Electronic Filing generated by CM/ECF.

                                   **/s/ Gregory S. Sconzo**
                                   **Gregory S. Sconzo, Esq.**

2